**Order entered August 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01261-CV

## EX PARTE MICHEAL GEROD MCGREGOR

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X-13-1459-W**

## ORDER

We **GRANT** the "Omnibus Motions" filed by appellant, an inmate appearing pro se, to the extent that we (1) **DIRECT** the Clerk of the Court to (a) correct the spelling of appellant's first name to MICH*E*AL, (b) send him a copy of his June 19, 2015 brief, and (c) send him a copy of the pamphlet explaining the pro bono program created by the Dallas Volunteer Attorney Program and Dallas Bar Association's Appellate Law Section Pro Bono Committee; (2) **SUSPEND** rule of appellate procedure 9.3, requiring parties to file an original and unbound copy of paper documents, and 38.1(k), requiring appellants to file, along with their briefs, an appendix containing the trial court's judgment, the jury charge and verdict or the trial court's findings of fact and conclusions of law, and the text of any law upon which argument is based; and (3) **ORDER** the amended brief be filed no later than October 5, 2015. We **DENY** the "Omnibus Motions" in all other respects.

/s/    CRAIG STODDART
JUSTICE